IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE:

| | |
|---|---|
| JAMES H. JONES ) <br> SSN: xxx-xx-2934, ) <br> ) <br> Debtor. ) <br> _____ ) <br> ) <br> JAMES H. JONES ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA – ) <br> DEPARTMENT OF THE TREASURY – ) <br> INTERNAL REVENUE SERVICE ) <br> ) <br> Defendant. ) | CASE NO.: 19-82605-CRJ-7 <br><br> CHAPTER 7 <br><br><br><br><br> AP NO.: 19-_____ |

## COMPLAINT TO DETERMINE THE DISCHARGEABILITY OF A DEBT OWING TO THE DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE

COMES NOW the Debtor in the above-styled Chapter 7 case, JAMES H. JONES, and shows unto this Honorable Court as follows:

1. The Debtor filed a voluntary petition under 11 U.S.C. Chapter 7 on August 28, 2019, asking for relief pursuant to the provisions of the United States Bankruptcy Code. The Court has jurisdiction of this adversary proceeding pursuant to 28 U.S.C. Section 1334.

2. This is a core proceeding pursuant to 28 U.S.C. Section 167(b)(2)(I) in that it is a complaint to determine the dischargeability of a particular debt.

3. The Department of the Treasury – Internal Revenue Service is a listed creditor in the bankruptcy petition filed by the Debtor. The dischargeable debt owing to the IRS is in the approximate amount of $252,000.00 and represents taxes for tax years 2002 through 2015.

4.     The claim of Department Of The Treasury - Internal Revenue Service is dischargeable in that it is more than three (3) years old and the Debtor filed income tax returns for said tax years more than two years prior to the filing of the bankruptcy petition.

5.     The claim of Department Of The Treasury - Internal Revenue Service is not a claim of the kind described in 11 U.S.C. Sections 507(a)(2) or 507(a)(7).

6.     The claim of Department Of The Treasury - Internal Revenue Service is not a claim with respect to which a return, if required, was not filed or filed within the time specified by 11 U.S.C. Section 523(a)(1)(B).

7.     The claim of Department Of The Treasury - Internal Revenue Service is not a debt with respect to which the Debtor made a fraudulent return or willfully attempted in any manner to evade or defeat such claim.

WHEREFORE, THE FOREGOING PREMISES CONSIDERED, the Debtor requests that this Court would enter an order declaring that the claim of Department Of The Treasury - Internal Revenue Service is not a claim excepted from discharge pursuant to 11 U.S.C. Section 523(a)(1).

Respectfully submitted this 26th day of September, 2019.

/s/ G. John Dezenberg, Jr.
G. JOHN DEZENBERG, JR.
DEZENBERG & SMITH, P.C.
Attorneys for the Debtor
908-C North Memorial Parkway
Huntsville, Alabama  35801
Phone:  (256) 533-5097
Fax:  (256) 333-0068
Email:  dezlaw@bellsouth.net