IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 19-82605-CRJ-7 |
| | Chapter 7 |
| JAMES H. JONES, | |
| Debtor. | |
| | Adv. Proc. No. 19-80087-CRJ |
| JAMES H. JONES, | |
| Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA - DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICE, | |
| Defendant. | |

## ANSWER

The United States of America responds to the Complaint to Determine the Dischargeability of a Debt Owing to the Department of the Treasure – Internal Revenue Service (Doc. 1) as follows. Any allegation not specifically admitted below is denied.

1. Admit and further states that the United States of America consents to the entry of final orders or judgment by the Bankruptcy Court in this matter pursuant to Fed. R. Bankr. P. 7012 (b).

2. Admits that this is a core proceeding by virtue of 28 U.S.C. § 157(b)(2)(I) in that it is a complaint to determine the dischargeabilty of a particular debt and in all other respects denies.

3. Admits that the Internal Revenue Service is listed as a creditor in the bankruptcy petition filed by the debtor, and that debtor owes federal income taxes for years 2002, 2003, 2004, 2007, 2010, and 2013 exceeding $200,000, but denies that taxes are dischargeable.

4. Denies. The IRS has not filed a claim in this case.

5. Denies. The IRS has not filed a claim in this case.

6. Denies. The IRS has not filed a claim in this case, and the debtor's unpaid income taxes for years 2002, 2003, 2004, 2007, 2010, and 2013 are excepted from discharge by 11 U.S.C. § 523(a)(1)(B) because he failed to file required returns for those years.

7. The United States lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 7.

WHEREFORE, the United States respectfully requests that the Court deny the relief sought by the debtor, enter judgment in favor of the United States, and for such other relief as justice requires.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

Dated: December 19, 2019

    Respectfully Submitted,

    RICHARD E. ZUCKERMAN
    Principal Deputy Assistant Attorney General

    AMANDA J. SWIETLIK
    Trial Attorney, Tax Division
    U.S. Department of Justice
    P.O. Box 14198
    Washington, D.C. 20044
    202-514-8048 (v)
    202-514-4963 (f)
    Amanda.J.Swietlik@usdoj.gov

## **CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing Answer to the Complaint was filed with the Clerk of the Court by uploading a copy of the document through the Court's CM/ECF system and that a true and correct copy was thereby sent to counsel of record in this matter.

    */s/ Amanda J. Swietlik*
    AMANDA J. SWIETLIK
    Trial Attorney, Tax Division