IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |
|---|---|
| In re: ) | Case No. 19-82605-CRJ-7 |
| ) | Chapter 7 |
| JAMES H. JONES, ) |  |
| ) |  |
| Debtor. ) |  |
| _____) | Adv. Proc. No. 19-80087-CRJ |
| ) |  |
| JAMES H. JONES, ) |  |
| ) |  |
| Plaintiff, ) |  |
| ) |  |
| v. ) |  |
| ) |  |
| UNITED STATES OF AMERICA - ) |  |
| DEPARTMENT OF TREASURY - ) |  |
| INTERNAL REVENUE SERVICE, ) |  |
| ) |  |
| ) |  |
| Defendant. ) |  |
| ) |  |

**UNOPPOSED MOTION FOR THE UNITED STATES TO APPEAR BY TELEPHONE AT THE STATUS CONFERENCE SET FOR JANUARY 29**

The United States of America moves this Court for leave to appear by telephone at the Status Conference set for Wednesday, January 29, 2020, at 10:00 a.m. In support of this motion, the United States submits as follows:

1. On September 26, 2019, the Debtor-Plaintiff James H. Jones filed a complaint against the United States seeking a determination of the dischargeability of federal income tax liabilities.

2. The Court ordered that a Status Conference take place on Wednesday, January 29, 2020, at 10:00 a.m. (Doc No. 5.)

3. Undersigned counsel is based in Washington, D.C.

4. To conserve government resources, undersigned counsel seeks leave to appear by telephone at the upcoming Status Conference.

5. Undersigned counsel conferred with Debtor-Plaintiff's attorney, G. John Denzenberg, Jr., who indicated that Debtor-Plaintiff does not oppose the relief requested herein.

6. The parties have conducted informal settlement discussions. The parties do not anticipate any material issues to be discussed at the Status Conference.

7. The United States believes that it can effectively conduct the hearing by telephone.

WHEREFORE, the United States respectfully requests that the Court grant leave for Trial Attorney Amanda Swietlik to appear at the Status Conference on Wednesday, January 29, 2020, at 10:00 a.m. by telephone.

Dated: January 21, 2020

                                                   Respectfully Submitted,

                                                   RICHARD E. ZUCKERMAN
                                                   Principal Deputy Assistant Attorney General

                                                 AMANDA J. SWIETLIK
                                                 Trial Attorney, Tax Division
                                                 U.S. Department of Justice
                                                 P.O. Box 14198
                                                 Washington, D.C. 20044
                                                 202-514-8048 (v)
                                                 202-514-4963 (f)
                                                 Amanda.J.Swietlik@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing document was filed with the Clerk of the Court by uploading a copy of the document through the Court's CM/ECF system and that a true and correct copy was thereby sent to counsel of record in this matter.

*/s/ Amanda J. Swietlik*
AMANDA J. SWIETLIK
Trial Attorney, Tax Division